IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01421-AP

LAURA MEDINA,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

Gail C. Harriss
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
970-247-4411
Gail.harriss@dawesandharriss.com

<u>For Defendant:</u>

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 7/21/06
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 8/14/06
   C. **Date Answer and Administrative Record Were Filed**: 10/13/06

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

7. **OTHER MATTERS**

None.

8. **PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling, counsel for Defendant requests additional time, until January 22, 2007 (46 days after the opening brief is filed) to file a response brief. Plaintiff's counsel does not object. Counsel for both parties agree to the following proposed briefing schedule:

   A. **Plaintiff's Opening Brief Due:**        December 7, 2006
   B. **Defendant's Response Brief Due:**    January 22, 2007
   C. **Plaintiff's Reply Brief (If Any) Due:** February 6, 2007

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 2nd day of November, 2006.

                                BY THE COURT:


                                 S/John L. Kane
                                U.S. DISTRICT COURT JUDGE

3

APPROVED:

| | |
|---|---|
| s/Gail C. Harriss 11/2/06 | TROY A. EID |
| | UNITED STATES ATTORNEY |
| Gail C. Harriss | |
| Dawes and Harriss, P.C. | KURT J. BOHN |
| 572 East Third Avenue | Assistant U.S. Attorney |
| Durango, CO 81301 | kurt.bohn@usdoj.gov |
| 970-247-4411 | |
| Gail.harriss@dawesandharriss.com | s/Debra J. Meachum 11/2/06 |
| | By: Debra J. Meachum |
| Attorney for Plaintiff | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-1570 |
| | debra.meachum@ssa.gov |
| | |
| | Attorneys for Defendant. |