IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01421-RPM

LAURA MEDINA,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

___

**ORDER**
___

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, it is

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $5,300.00, to be made payable to Plaintiff, Laura Medina, and mailed to counsel of record.

DATED this 24th day of July, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge